# U.S. District Court
# Northern District of Texas (Dallas)
# CIVIL DOCKET FOR CASE #: 3:13-cv-04776-M

| | |
|---|---|
| iLife Technologies Inc v. Body Media Inc | Date Filed: 12/06/2013 |
| Assigned to: Judge Barbara M.G. Lynn | Jury Demand: Both |
| Cause: 15:1126 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**iLife Technologies Inc**                represented by    **Michael C Wilson**
Munck Wilson Mandala, LLP
600 Banner Place
12770 Coit Rd
Dallas, TX 75251
972/628-3675
Fax: 972/628-3616
Email: mwilson@munckwilson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jacob Lawrence LaCombe**
Munck Wilson Mandala LLP
12770 Coit Road
Suite 600
Dallas, TX 75251
972/628-3600
Fax: 972/628-3616
Email: jlacombe@munckwilson.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**S Wallace Dunwoody , IV**
Munck Wilson Mandala LLP
12770 Coit Rd, Ste 600
Dallas, TX 75251
972/628-3600
Fax: 972/628-3616
Email: wdunwoody@munckwilson.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

V.

**Defendant**

**Body Media Inc**                represented by    **Erik Benton Milch**
Cooley LLP
One Freedom Square
Reston Town Center
11951 Freedom Drive

Reston, VA 20190
703/456–8000
Fax: 703/456–8100
Email: emilch@cooley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Alex Joseph Whitman**
Rose Walker LLP
3500 Maple Ave
Suite 900
Dallas, TX 75219
214/752–8600
Fax: 214/752–8700
Email: awhitman@rosewalker.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Anthony M Stiegler**
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121
858/550–6000
Email: astiegler@cooley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Brandon Seal**
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121
858/550–6000
Email: bseal@cooley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Phillip E Morton**
Cooley LLP
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA 20190
703/456–8000
Email: pmorton@cooley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Rose Whelan**
Cooley LLP
1299 Pennsylvania Ave

                Suite 700
Washington, DC 20004
202/728−7000
Email: rwhelan@cooley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Thomas C Wright**
Rose Walker LLP
3500 Maple Avenue
Suite 900
Dallas, TX 75219
214/752−8600
Fax: 214/752−8700
Email: twright@rosewalker.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Counter Claimant**

**Body Media Inc**  represented by  **Erik Benton Milch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Alex Joseph Whitman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Anthony M Stiegler**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Brandon Seal**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Phillip E Morton**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Rose Whelan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

*Bar Status: Not Admitted*

**Thomas C Wright**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

V.

**Counter Defendant**

| | | |
|---|---|---|
| **iLife Technologies Inc** | represented by | **Michael C Wilson** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Bar Status: Admitted/In Good Standing* |
| | | **S Wallace Dunwoody , IV** (See above for address) *ATTORNEY TO BE NOTICED* *Bar Status: Admitted/In Good Standing* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/06/2013 | Ï 1 | COMPLAINT WITH JURY DEMAND against Body Media Inc filed by iLife Technologies Inc. (Filing fee $400; Receipt number 0539−5727443) Clerk to issue summons(es). In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas should seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information – Bar Membership (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2, # 3 Exhibit(s) 3, # 4 Exhibit(s) 4, # 5 Exhibit(s) 5, # 6 Exhibit(s) 6, # 7 Cover Sheet) (Dunwoody, S) (Entered: 12/06/2013) |
| 12/06/2013 | Ï 2 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by iLife Technologies Inc identifying Corporate Parent/Other Affiliate iLife Solutions, Inc. for iLife Technologies Inc. (Dunwoody, S) (Entered: 12/06/2013) |
| 12/06/2013 | Ï 3 | New Case Notes: A filing fee has been paid. File to Judge Boyle. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Stickney). Clerk to provide copy to plaintiff if not received electronically. (ctf) (Entered: 12/09/2013) |
| 12/06/2013 | Ï 4 | Report to Patent/Trademark Office of Initiating Document. Form AO 120 e−mailed to notice_of_suit@uspto.gov. (ctf) (Entered: 12/09/2013) |
| 12/09/2013 | Ï 5 | Summons Issued as to Body Media Inc. (ctf) (Entered: 12/09/2013) |
| 12/09/2013 | Ï | Pursuant to Special Order 3−287, which addresses the assignment of patent cases, this case is reassigned to Judge Barbara M.G. Lynn. Judge Jane J Boyle no longer assigned to the case. Future case references should bear case number 3:13−cv−4776−M (gr) (Entered: 12/09/2013) |
| 12/11/2013 | Ï 6 | NOTICE of Related Case filed by iLife Technologies Inc (Dunwoody, S) (Entered: 12/11/2013) |

| 12/12/2013 | Ï 7 | SUMMONS Returned Executed as to Body Media Inc; served on 12/11/2013. (ctf) (Entered: 12/12/2013) |
|---|---|---|
| 12/30/2013 | Ï 8 | Unopposed Motion for Extension of Time to File Answer filed by Body Media Inc (Attachments: # 1 Proposed Order) (Milch, Erik) (Entered: 12/30/2013) |
| 01/02/2014 | Ï 9 | ORDER Granting 8 Motion for Extension of Time to File Answer re 1 Complaint. Body Media Inc answer due 2/2/2014. (Ordered by Judge Barbara M.G. Lynn on 1/2/2014) (svc) (Entered: 01/02/2014) |
| 02/03/2014 | Ï 10 | ANSWER to 1 Complaint with Jury Demand filed by Body Media Inc. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas should seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov, or by clicking here: Attorney Information – Bar Membership., COUNTERCLAIM against iLife Technologies Inc filed by Body Media Inc (Wright, Thomas) (Entered: 02/03/2014) |
| 02/03/2014 | Ï 11 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Body Media Inc identifying Corporate Parent/Other Affiliate AliphCom for Body Media Inc, Body Media Inc. (Wright, Thomas) (Entered: 02/03/2014) |
| 02/11/2014 | Ï 12 | ANSWER to Counterclaim filed by iLife Technologies Inc. Related document: 10 Answer to Complaint, Counterclaim,, (Dunwoody, S) (Entered: 02/11/2014) |
| 02/20/2014 | Ï 13 | ORDER REQUIRING SCHEDULING CONFERENCE AND REPORT FOR CONTENTS OF SCHEDULING ORDER: Lead counsel for each party and any unrepresented party shall confer as soon as practicable, but in any event no later than 3/19/2014. The Joint Report shall be filed on or before 4/2/2014. (Ordered by Judge Barbara M.G. Lynn on 2/20/2014) (Attachments: # 1 Consent Letter, # 2 Consent to Proceed) (cea) (Entered: 02/20/2014) |
| 03/07/2014 | Ï 14 | Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney Erik B. Milch (Filing fee $25; Receipt number 0539−5897689) filed by Body Media Inc (Attachments: # 1 Proposed Order) (Wright, Thomas) (Entered: 03/07/2014) |
| 03/07/2014 | Ï 15 | Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney Phillip E. Morton (Filing fee $25; Receipt number 0539−5897708) filed by Body Media Inc (Attachments: # 1 Proposed Order) (Wright, Thomas) (Entered: 03/07/2014) |
| 03/07/2014 | Ï 16 | Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney Brandon Seal (Filing fee $25; Receipt number 0539−5897717) filed by Body Media Inc (Attachments: # 1 Proposed Order) (Wright, Thomas) (Entered: 03/07/2014) |
| 03/07/2014 | Ï 17 | Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney Anthony M. Stiegler (Filing fee $25; Receipt number 0539−5897736) filed by Body Media Inc (Attachments: # 1 Proposed Order) (Wright, Thomas) (Entered: 03/07/2014) |
| 03/07/2014 | Ï 18 | Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney Rose Whelan (Filing fee $25; Receipt number 0539−5897772) filed by Body Media Inc (Attachments: # 1 Proposed Order) (Wright, Thomas) (Entered: 03/07/2014) |
| 03/17/2014 | Ï 19 | MOTION to Transfer Case out of District/Division filed by Body Media Inc with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Wright, Thomas) (Entered: 03/17/2014) |
| 03/17/2014 | Ï 20 | Appendix in Support filed by Body Media Inc re 19 MOTION to Transfer Case out of District/Division (Wright, Thomas) (Entered: 03/17/2014) |
| 03/21/2014 | Ï 21 | NOTICE of Attorney Appearance by Jacob Lawrence LaCombe on behalf of iLife Technologies Inc. (Filer confirms contact info in ECF is current.) (LaCombe, Jacob) (Entered: 03/21/2014) |

| | | |
|---|---|---|
| 03/21/2014 | 22 | NOTICE of *Compliance with P.R. 3−1 and 3−2* filed by iLife Technologies Inc (Dunwoody, S) (Entered: 03/21/2014) |
| 03/24/2014 | 23 | MOTION for Extension of Time to File Response/Reply to 19 MOTION to Transfer Case out of District/Division filed by iLife Technologies Inc (Dunwoody, S) (Entered: 03/24/2014) |
| 03/25/2014 | 24 | ELECTRONIC ORDER granting 23 Unopposed Motion for Extension of Time. Before the Court is the Unopposed Motion for Extension of Time [Docket Entry #23], filed by Plaintiff iLife Technologies, Inc. The Motion is GRANTED. The deadline for Plaintiff to respond to Defendant's Motion to Transfer is extended up to and including April 16, 2014. (Ordered by Judge Barbara M.G. Lynn on 3/25/2014) (chmb) (Entered: 03/25/2014) |
| 04/02/2014 | 25 | Joint STATUS REPORT filed by Body Media Inc, iLife Technologies Inc. (Dunwoody, S) (Entered: 04/02/2014) |
| 04/02/2014 | 26 | Joint STATUS REPORT *(Corrected)* filed by Body Media Inc, iLife Technologies Inc. (Whitman, Alex) Modified to add plaintiff as co−filer on 4/3/2014 (ctf). (Entered: 04/02/2014) |
| 04/16/2014 | 27 | RESPONSE filed by iLife Technologies Inc re: 19 MOTION to Transfer Case out of District/Division (Dunwoody, S) (Entered: 04/16/2014) |
| 04/16/2014 | 28 | (Document Restricted) Sealed Appendix in Support re: 27 Response/Objection (Sealed pursuant to order dated 11/17/2009) filed by iLife Technologies Inc (Dunwoody, S) (Entered: 04/16/2014) |
| 04/30/2014 | 29 | REPLY filed by Body Media Inc re: 19 MOTION to Transfer Case out of District/Division (Wright, Thomas) (Entered: 04/30/2014) |
| 05/05/2014 | 30 | MOTION/REQUEST FOR HEARING ON 19 MOTION to Transfer Case out of District/Division by Defendant Body Media Inc. (Whitman, Alex) Modified event and text on 5/6/2014 (dsr). (Entered: 05/05/2014) |
| 05/07/2014 | 31 | NOTICE of *Service of Preliminary Invalidity Contentions* filed by Body Media Inc (Wright, Thomas) (Entered: 05/07/2014) |
| 06/05/2014 | 32 | ELECTRONIC ORDER granting 14 Application for Admission Pro Hac Vice of Erik B. Milch. If not already done, Applicant must register as an ECF User within 14 days (LR 5.1(f)). (Ordered by Judge Barbara M.G. Lynn on 6/5/2014) (chmb) (Entered: 06/05/2014) |
| 06/05/2014 | 33 | ELECTRONIC ORDER granting 15 Application for Admission Pro Hac Vice of Phillip E. Morton. If not already done, Applicant must register as an ECF User within 14 days (LR 5.1(f)). (Ordered by Judge Barbara M.G. Lynn on 6/5/2014) (chmb) (Entered: 06/05/2014) |
| 06/05/2014 | 34 | ELECTRONIC ORDER granting 16 Application for Admission Pro Hac Vice of Brandon Seal. If not already done, Applicant must register as an ECF User within 14 days (LR 5.1(f)). (Ordered by Judge Barbara M.G. Lynn on 6/5/2014) (chmb) (Entered: 06/05/2014) |
| 06/05/2014 | 35 | ELECTRONIC ORDER granting 17 Application for Admission Pro Hac Vice of Anthony M. Stiegler. If not already done, Applicant must register as an ECF User within 14 days (LR 5.1(f)). (Ordered by Judge Barbara M.G. Lynn on 6/5/2014) (chmb) (Entered: 06/05/2014) |
| 06/05/2014 | 36 | ELECTRONIC ORDER granting 18 Application for Admission Pro Hac Vice of Rose Whelan. If not already done, Applicant must register as an ECF User within 14 days (LR 5.1(f)). (Ordered by Judge Barbara M.G. Lynn on 6/5/2014) (chmb) (Entered: 06/05/2014) |
| 06/05/2014 | 37 | ORDER SETTING HEARING: Motion Hearing set for 6/12/2014 02:00 PM in US Courthouse, Courtroom 1570, 1100 Commerce St., Dallas, TX 75242−1310 before Judge Barbara M.G. Lynn. re: 19 MOTION to Transfer Case out of District/Division (Ordered by Judge Barbara M.G. Lynn on 6/5/2014) (chmb) (Entered: 06/05/2014) |

| | | |
|---|---|---|
| 06/10/2014 | 38 | NOTICE of *Compliance with Misc. Order 62, P.R. 4−2(a)* filed by iLife Technologies Inc (Dunwoody, S) (Entered: 06/10/2014) |
| 06/10/2014 | 39 | NOTICE of *Compliance with Paragraph 4−2* filed by Body Media Inc (Whitman, Alex) (Entered: 06/10/2014) |
| 06/12/2014 | 40 | Minute Entry for proceedings held before Judge Barbara M.G. Lynn: Motion Hearing held on 6/12/2014 re 19 Motion to Transfer Case filed by Body Media Inc. Dft BodyMedia, Inc.'s Motion is GRANTED and is hereby TRANSFERRED to the Western District of Pennsylvania, Pittsburgh Division. Order to Enter. Attorney Appearances: Plaintiff – MIchael C. Wilson, S. Wallace Dunwoody; Defense – Brandon Seal, Erik Milch, Timothy Saulsbury, Clement Rogers, Dan Gold, Andrew Guthrie, Stephen R. Smith, Thomas C. Wright, Tex Cunningham, Alex Whitman. (Court Reporter: Keith Johnson) (No exhibits) Time in Court – 1:40 TTL. (skt) (Entered: 06/18/2014) |
| 07/22/2014 | 41 | Memorandum Opinion and Order. The Court grants 19 Motion to Transfer Case Out of District and transfers the case to the Western District of Pennsylvania, Pittsburgh Division. (Ordered by Judge Barbara M.G. Lynn on 7/22/2014) (gmg) (Entered: 07/22/2014) |